782 S.E.2d 51

Fayrell FURR and Karole Jensen, Petitioners,

v.

HORRY COUNTY ZONING BOARD
OF APPEALS, Respondent.

Appellate Case No. 2015–000271.
No. 27608.

Supreme Court of South Carolina.

Heard Dec. 2, 2015.

Decided March 2, 2016.

Gene McCain Connell, Jr., of Kelaher Connell & Connor, P.C., of Surfside Beach, for petitioners.

Leah Montgomery Cromer and Emma Ruth Brittain, both of Thomas & Brittain, P.A., of Myrtle Beach, for respondent.

PER CURIAM.

We granted certiorari to review the court of appeals' opinion in *Furr v. Horry Cnty. Zoning Bd. of Appeals*, 411 S.C. 178, 767 S.E.2d 221 (Ct.App.2014). We now dismiss the writ of certiorari as improvidently granted.

DISMISSED AS IMPROVIDENTLY GRANTED.